# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PATRICK W. WILLIAMS, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN COLVIN, ) <br> ACTING COMMISSIONER OF SOCIAL ) <br> SECURITY, ) <br> ) <br> Defendant. ) <br> ) | Case No. 4:14CV910 JAR |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant's Motion to Reverse and Remand pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 20) Plaintiff has no objection to Defendant's motion. (Doc. No. 21)

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Reverse and Remand [20] is **GRANTED.**

**IT IS FURTHER ORDERED** that this action is **REVERSED AND REMANDED** to the ALJ for reevaluation of Plaintiff's back impairment as a severe impairment. The ALJ shall also reevaluate the materiality of Plaintiff's substance abuse in accordance with 20 C.F.R. § 416.935.

A separate Judgment will accompany this order.

Dated this 22nd day of December, 2014.

                                                                              **JOHN A. ROSS**
                                                                              **UNITED STATES DISTRICT JUDGE**